# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142240

JILL E. BOONE, Personal Representative
of the Estate of Bruce D. Boone, Deceased,
and JILL E. BOONE,
        Plaintiffs-Appellees,

v

DEANNA PAPANEK and CHANNING
PAGE,
        Defendants-Appellants,

and

RIETH-RILEY CONSTRUCTION CO., INC.,
NES TRAFFIC SAFETY, L.P., and DLZ
MICHIGAN, INC.,
        Defendants.
_____/

SC: 142240
COA: 298579
Ingham CC: 05-001479-NI

On order of the Court, the application for leave to appeal the October 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

d0228